WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '08 SEP 12 11:17 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**DEBORAH OATES,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV 06-966-HA

ORDER

Attorney fees in the amount of $10,516.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $8,500.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount previously awarded under the EAJA will be refunded to Plaintiff, and Plaintiff's attorney may retain the balance of $2,016.25, minus any user fee. Any amount withheld by the agency after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 12 day of Sept, 2008.

                                /s/
                                United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1